United States District Court
Southern District of Texas
**ENTERED**
June 06, 2018
David J. Bradley, Clerk

| | |
|---|---|
| PEDRO BELTRAN BATALLA,<br>　　　*Petitioner,*<br><br>v.<br><br>LORIE DAVIS,<br>Director, Texas Department of Criminal<br>Justice, Correctional Institutions Division,<br>　　　*Respondent.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>CIVIL ACTION NO. 4:17-CV-02076 |

## Order of Adoption

On May 7, 2018, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 16). No timely objections have been filed. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The petition for writ of habeas corpus is denied with prejudice. The court will issue a separate final judgment.

Signed ___June 5___, 2018, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge